U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -7  AM 11:46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN D. POWELL | CIVIL ACTION |
| VERSUS | NO: 05-0933-JCZ-SS |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

### REPORT AND RECOMMENDATION

The plaintiff, John D. Powell, is proceeding in proper person and in forma pauperis. Rec. doc. 2. On March 28, 2005, the plaintiff, John D. Powell, filed the complaint in this matter. Rec. doc. 1. Mr. Powell completed a form for asserting a complaint for Social Security benefits It is presumed that he claims supplemental security income ("SSI") under Title XVI of the Act, 42 U.S.C. § 1382(a)(3).

The defendant, the Commissioner of the Social Security Administration (the "Commissioner"), filed a motion to dismiss to Mr. Powell's complaint. Appended to the motion is an affidavit from John J. Timlin of the Office of Hearings and Appeals for the Social Security Administration. Exhibit A to Rec. doc. 6. The affidavit reveals that Mr. Powell filed a claim for benefits on September 28, 2004, which was denied on December 30, 2004. A request for hearing

___ Fee _____
___ Process _____
X   Dktd _____
✓   CtRmDep _____
___ Doc. No. _____

was filed on January 18, 2005, but the case remains pending at that level. Mr. Powell's opposition states that he has filed claims for twelve years. He contends that he is entitled to benefits before his health deteriorates further.

Mr. Powell may only obtain review of a final decision by the Commissioner. 42 U.S.C. § 405(g). Mr. Powell must exhaust his administrative remedies before there is a final decision. He has not done so. His complaint must be dismissed without prejudice. Once he obtains a final decision from the Commissioner, he may re-file his complaint if he remains dissatisfied with Commissioner's decision.

## **RECOMMENDATION**

Accordingly, IT IS RECOMMENDED that the Commissioner's motion to dismiss (Rec. doc. 6) be GRANTED.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 7 day of July, 2005.

SALLY SHUSHAN<br>
**United States Magistrate Judge**

Q:\Social Security\Repts and Recs\2005\05-0933.01 r&r mtn dsmss.wpd