FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -3  AM 8: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN D. POWELL | CIVIL ACTION |
| VERSUS | NO: 05-0933-JCZ-SS |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that defendant's motion to dismiss (Rec. doc. 6) is GRANTED.

New Orleans, Louisiana, this 2nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE